NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**MONTE J. BEDNARZ,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

_____

2022-1522

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-5679, Judge Coral Wong Pietsch.

_____

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2                                                      BEDNARZ v. MCDONOUGH

(2)  Each side shall bear their own costs.


                                        FOR THE COURT

June 27, 2022
      Date                              /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** June 27, 2022